**John P. HELLAND, Plaintiff-Appellant,**

**v.**

**UNITED STATES, Defendant-Appellee.**

**No. 03-5071.**

United States Court of Appeals, Federal Circuit.

May 5, 2004.

Charles L. Abrahams, Principal Attorney, San Diego, CA, for Plaintiff-Appellant.

Rachel I. Wollitzer, Principal Attorney, Department of Justice, Teresa E. McLaughlin, John A. Nolet, Robert C. Stoddart, of Counsel, Department of Justice, Washington, DC, for Defendant-Appellee.

Before MICHEL, GAJARSA and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.